**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jefferey GRUBBS, Defendant–Appellant.**

**No. 03–10311.**

United States Court of Appeals, Ninth Circuit.

Jan. 7, 2008.

Camil A. Skipper, USSC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Mark J. Reichel, Esq., Sacramento, CA, for Defendant–Appellant.

Before: B. FLETCHER and STEPHEN REINHARDT, Circuit Judges, and JANE A. RESTANI,* Judge.

---

* The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade,

## ORDER

The order for publication filed on December 27, 2007 is hereby withdrawn. The panel will take the remaining issues on appeal under consideration. The parties will be notified if supplemental briefing or additional oral argument is required.